# COURT MINUTES/ORDER

## United States Magistrate Judge Alicia O. Valle

Courtroom 310     Date: 1/27/2023    Time: 11:00 a.m.

---

**Defendant:** Kenneth Bonawitz(J)    **J#:** _____    **Case #:** 23-MJ-6033-AOV

**AUSA:** Donald Chase    **Attorney:** Tim Day, AFPD

**Violation:** Disorderly Conduct in a Capitol Grounds; Civil Disorder

**Proceeding:** Initial Appearance-Rule 40/5 Removal    **CJA Appt:** _____

**Bond/PTD Held:** ☐ Yes ☐ No    **Recommended Bond:** Detention

**Bond Set at:** _____    **Co-signed by:** _____

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
- ☐ Random urine testing by Pretrial Services ___ Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ___ ___ am, paid by ___
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to: _____
- ☐ Other: _____

**Language:** English

**Disposition:** Defendant present. Advised of rights and charges. Defendant sworn and testified Re Indigency. AFPD appointed for purposes of removal. Defendant waives identity hearing and request to have detention hearing in this district.

---

**NEXT COURT APPEARANCE**    Date:    Time:    Judge:    Place:

**Report RE Counsel:** _____

**PTD/Bond Hearing:** 2-3-2023 @ 10am FTL Duty

**Prelim/Arraign or Removal:** 2-3-2023 @ 10am FTL Duty

**Status Conference RE:** _____

**D.A.R.** 11:05:08 (Rights); 11:10:12    **Time in Court:** 20 mins.

5

CHECK IF APPLICABLE: _____ For the reasons stated by counsel for the Defendant and finding that the ends of justice served by granting the ore tenus motion for continuance to hire counsel outweigh the best interests of the public & the Defendant in a Speedy Trial, the Court finds that the period of time from today, through and including _____, shall be deemed excludable in accordance with the provisions of the Speedy Trial Act, 18 USC 3161 et seq..