# U.S. District Court
## Southern District of Florida (Ft Lauderdale)
## CRIMINAL DOCKET FOR CASE #: <u>0:23−mj−06033−AOV</u>−1

Case title: USA v. Bonawitz

Date Filed: 01/27/2023

Date Terminated: 02/03/2023

Assigned to: Magistrate Judge Alicia O. Valle

**<u>Defendant (1)</u>**

| | | |
|---|---|---|
| **Kenneth Bonawitz**<br>41695−510<br>*YOB 1965 ENGLISH*<br>*TERMINATED: 02/03/2023* | represented by | **Timothy Day**<br>Federal Public Defender's Office<br>1 E Broward Boulevard<br>Suite 1100<br>Fort Lauderdale, FL 33301<br>954−356−7436<br>Fax: 954−356−7556<br>Email: <u>timothy_day@fd.org</u><br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Public Defender Appointment*<br><br>**Noticing FPD−FTL**<br>(954) 356−7436<br>Email: <u>ftl_ecf@fd.org</u><br>*TERMINATED: 01/27/2023*<br>*Designation: Public Defender Appointment* |

| **<u>Pending Counts</u>** | **<u>Disposition</u>** |
|---|---|
| None | |

**<u>Highest Offense Level (Opening)</u>**

None

| **<u>Terminated Counts</u>** | **<u>Disposition</u>** |
|---|---|
| None | |

**<u>Highest Offense Level (Terminated)</u>**

None

| **<u>Complaints</u>** | **<u>Disposition</u>** |
|---|---|

1

18:111 (a)(1)
Assaulting/Resisting/Impeding
Officers/Employees

**Plaintiff**

**USA**                                     represented by   **Donald F. Chase , II**
                                                             United States Attorney's Office
                                                             500 E Broward Boulevard
                                                             7th Floor
                                                             Fort Lauderdale, FL 33394
                                                             954–660–5693
                                                             Fax: 356–7336
                                                             Email: donald.chase@usdoj.gov
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*
                                                             *Designation: Retained*

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 01/27/2023 | 1 | | Magistrate Judge Removal of Complaint from Columbia as to Kenneth Bonawitz (1). (tw) (Entered: 01/27/2023) |
| 01/27/2023 | | | Set/Reset Hearings as to Kenneth Bonawitz: Initial Appearance – Rule 5(c)(3)/40 set for 1/27/2023 11:00 AM in Fort Lauderdale Division before FTL Duty Magistrate Judge. (tpl) (Entered: 01/27/2023) |
| 01/27/2023 | 2 | | Minute Order for proceedings held before Magistrate Judge Alicia O. Valle: Initial Appearance in Rule 5(c)(3)/Rule 40 Proceedings as to Kenneth Bonawitz held on 1/27/2023. Date of Arrest or Surrender: 1/27/2023. Detention Hearing set for 2/3/2023 10:00 AM in Fort Lauderdale Division before FTL Duty Magistrate Judge. Removal Hearing set for 2/3/2023 10:00 AM in Fort Lauderdale Division before FTL Duty Magistrate Judge. Attorney added: Noticing FPD–FTL for Kenneth Bonawitz. Tim Day in court. (Digital 11:05:08 / 11:10:12) Signed by Magistrate Judge Alicia O. Valle on 1/27/2023. (tw) (Entered: 01/27/2023) |
| 01/27/2023 | 3 | | WAIVER of Rule 5(c)(3)/Rule 40 Hearing by Kenneth Bonawitz. (tw) (Entered: 01/27/2023) |
| 01/27/2023 | 4 | | Notice of Assignment of Assistant Federal Public Defender as to Kenneth Bonawitz. Attorney Timothy Day added. Attorney Noticing FPD–FTL terminated.. Attorney Timothy Day added to party Kenneth Bonawitz(pty:dft). (Day, Timothy) (Entered: 01/27/2023) |
| 01/27/2023 | 5 | | Invocation of Right to Silence and Counsel by Kenneth Bonawitz (Day, Timothy) (Entered: 01/27/2023) |
| 01/30/2023 | | | Set/Reset Hearings as to Kenneth Bonawitz: **TIME CHANGE ONLY** (per defense counsel request) Detention Hearing set for 2/3/2023 10:30 AM in Fort Lauderdale Division before FTL Duty Magistrate Judge. Removal Hearing set for 2/3/2023 10:30 AM in Fort Lauderdale Division before FTL Duty Magistrate Judge. (tpl) (Entered: 01/30/2023) |

| 02/02/2023 | | | Reset Hearings as to Kenneth Bonawitz: **TIME CHANGE ONLY** Detention Hearing RESET for 2/3/2023 11:00 AM in Fort Lauderdale Division before FTL Duty Magistrate Judge. Removal Hearing RESET for 2/3/2023 11:00 AM in Fort Lauderdale Division before FTL Duty Magistrate Judge. (at) (Entered: 02/02/2023) |
|---|---|---|---|
| 02/02/2023 | 6 | | EXHIBIT LIST by USA as to Kenneth Bonawitz (Attachments: # 1 Exhibit Government Exhibits 1–3; 4A–4D; 5A–5D; 6; 7A–7C; 8A–8B; 9A–9C; 11)(Chase, Donald) (Entered: 02/02/2023) |
| 02/03/2023 | 7 | | Minute Order for proceedings held before Magistrate Judge Jared M. Strauss: Status RE Pretrial Detention and Removal Hearings as to Kenneth Bonawitz held on 2/3/2023. Defendant present in Court with Counsel. Defendant deferring his Bond/Detention hearing until his return to the District of Columbia. No bond hearing was held in our District. Will Waive Removal. Signed Waiver in open Court. Commitment Order signed for his return to District of Columbia, executed in open Court. Court finds there is good cause. (Digital 10:53:49–10:59:03) (Signed by Magistrate Judge Jared M. Strauss on 2/3/2023). (at) (Entered: 02/03/2023) |
| 02/03/2023 | 8 | | WAIVER OF REMOVAL HEARING by Kenneth Bonawitz (at) (Entered: 02/03/2023) |
| 02/03/2023 | 9 | | COMMITMENT TO ANOTHER DISTRICT as to Kenneth Bonawitz. Defendant committed to DISTRICT OF COLUMBIA.. Closing Case for Defendant. (Signed by Magistrate Judge Jared M. Strauss on 2/3/2023). *(See attached document for full details).* (at) (Entered: 02/03/2023) |

AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | | |
|---|---|---|
| United States of America | ) | SD FL Case 23-MJ-6033-AC |
| v. | ) | |
| | ) | Case No. |
| Kenneth Bonawitz | ) | |
| DOB: XXXXXX | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ January 6, 2021 _____ in the county of _____ in the

_____ in the District of ___ Columbia ___ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 111(a)(1) (Assaulting, Resisting, or Impeding Certain Officers) | |
| 18 U.S.C. § 231(a)(3) (Civil Disorder) | |
| 18 U.S.C. § 111(a)(1) and (b) (Inflicting Bodily Injury on Certain Officers) | |
| 18 U.S.C. § 1752(a)(1) and (b)(1)(A) (Entering and Remaining in a Restricted Building or Grounds with a Deadly Weapon or Dangerous Instrument) | |
| 18 U.S.C. § 1752(a)(2) and (b)(1)(A) (Disorderly and Disruptive Conduct in a Restricted Building or Grounds with a Deadly Weapon or Dangerous Instrument) | |
| 18 U.S.C. § 1752(a)(4) and (b)(1)(A) (Engaging in Physical Violence in a Restricted Building or Grounds with a Deadly Weapon or Dangerous Instrument) | |
| 40 U.S.C. § 5104(e)(2)(D) (Disorderly Conduct in a Capitol Grounds or Buildings) | |
| 40 U.S.C. § 5104(e)(2)(F) (Act of Physical Violence in the Capitol Grounds or Buildings) | |

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1
by telephone.

Date: _____ 01/19/2023 _____

Zia M. Faruqui
2023.01.19 14:32:00 -05'00'

*Judge's signature*

City and state: _____ Washington, D.C. _____

Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*

## STATEMENT OF FACTS

### Affiant

I, ████████, am a Special Agent assigned to Miami Field Office of the Federal Bureau of Investigation. In my duties as a special agent, I am responsible for investigating federal crimes. Currently, I am tasked with investigating criminal activity in and around the Capitol grounds on January 6, 2021. As a Special Agent, I am authorized by law or by a Government agency to engage in or supervise the prevention, detection, investigation, or prosecution of a violation of Federal criminal laws.

### Background on the Events of January 6, 2021

The U.S. Capitol is secured 24 hours a day by U.S. Capitol Police. Restrictions around the U.S. Capitol include permanent and temporary security barriers and posts manned by U.S. Capitol Police. Only authorized people with appropriate identification were allowed access inside the U.S. Capitol. On January 6, 2021, the exterior plaza of the U.S. Capitol was also closed to members of the public.

On January 6, 2021, a joint session of the United States Congress convened at the United States Capitol, which is located at First Street, SE, in Washington, D.C. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting in separate chambers of the United States Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on November 3, 2020. The joint session began at approximately 1:00 p.m. Shortly thereafter, by approximately 1:30 p.m., the House and Senate adjourned to separate chambers to resolve a particular objection. Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

As the proceedings continued in both the House and the Senate, and with Vice President Mike Pence present and presiding over the Senate, a large crowd gathered outside the U.S. Capitol. As noted above, temporary and permanent barricades were in place around the exterior of the U.S. Capitol building, and U.S. Capitol Police were present and attempting to keep the crowd away from the Capitol building and the proceedings underway inside.

At such time, the certification proceedings were still underway and the exterior doors and windows of the U.S. Capitol were locked or otherwise secured. Members of the U.S. Capitol Police attempted to maintain order and keep the crowd from entering the Capitol; however, around 2:00 p.m., individuals in the crowd forced entry into the U.S. Capitol, including by breaking windows and by assaulting members of the U.S. Capitol Police, as others in the crowd encouraged and assisted those acts.

Shortly thereafter, at approximately 2:20 p.m. members of the United States House of Representatives and United States Senate, including the President of the Senate, Vice President Mike Pence, were instructed to—and did—evacuate the chambers. Accordingly, the joint session of the United States Congress was effectively suspended until shortly after 8:00 p.m. Vice

President Pence remained in the United States Capitol from the time he was evacuated from the Senate Chamber until the sessions resumed.

During national news coverage of the aforementioned events, video footage which appeared to be captured on mobile devices of persons present on the scene depicted evidence of violations of local and federal law, including scores of individuals inside the U.S. Capitol building without authority to be there.

### Kenneth Bonawitz's Assaults Against Multiple Officers

Starting at around 1:00 p.m. on January 6, 2021, a large crowd began amassing on the West Front of the Capitol. Between 1:00 p.m. and 2:28 p.m., the crowd became increasingly hostile to the Washington, D.C., Metropolitan Police and the U.S. Capitol Police, who were attempting to hold the line on the West Front and prevent the crowd from advancing towards the Capitol while the Joint Session was meeting. Shortly before 2:28pm, the officers at the West Front of the Capitol lost the line to the advancing amassed crowd, which broke through on the south side. Among the first of those rioters to push through the line on the West Front was Kenneth Bonawitz. Bonawitz was dressed in a red "Make America Great Again" hat, a black leather jacket, brown leather shoes, blue jeans, and a red, white, and blue neck gaiter. Bonawitz was also armed with what appears to be an approximately eight-inch hunting knife, which was in a nylon sheath attached his belt on his right hip.

<u>Assault Against USCP Officer Z.Y. and USCP Sergeant F.R.</u>

At approximately 2:30 p.m., Bonawitz mounted the stage that had been built for the upcoming Inauguration on the West Front. Bonawitz mounted the stage, turned south, and began to run in the direction of a short set of stairs.



USCP Officer Z.Y. and USCP Sergeant F.R. were standing at the base of that short set of stairs. Just before the platform upon which he was running ended, Bonawitz tucked his head, raised both of his arms such that they were extended and approximately level with his shoulders,

and hurled himself in the direction of both Officer Z.Y. and Sergeant F.R. Bonawitz collided with the officers and the weight of his body travelling through the air took both officers to the ground.



Multiple officers assisted pulling Bonawitz off Officer Z.Y. and Sergeant F.R. As a result of Bonawitz's assault against him, Sergeant F.R. suffered from injuries to his neck and shoulder. While the officers were removing Bonawitz, they observed that he had the knife in a nylon sheath attached to his belt on his right hip. An MPD sergeant removed the knife from Bonawitz but permitted him to keep the empty sheath attached to his belt. The sergeant handed the knife to another MPD officer, who tossed it away from Bonawitz and the other rioters.



On the ground, Bonawitz removed his leather jacket, revealing a gray tee-shirt reading "Getcha some freedom" over a red, long sleeve undershirt. Bonawitz also removed his red Trump hat, revealing a clean-shaven, bald head, and held the hat in his hands.

### Assaults Against Multiple MPD Officers

At approximately 2:31pm, Bonawitz, having had his knife removed, was escorted back into the crowd at the West Front. Upon rejoining the crowd, Bonawitz, wearing the above-described "Getcha some freedom" shirt, red undershirt, blue jeans, and holding his red hat in his hands, again confronted officers at the police line on southern side of the West Front of the Capitol. As officers were attempting to push the line of rioters back from the West Front, Bonawitz began to resist the efforts of the officers.

### Assault #1: MPD Officer E.M.

Another rioter, dressed in a black shell-fleece type jacket, blue jeans, grey beanie, black gloves, black and grey neck gaiter, and mirrored sunglasses began to push against MPD Officer E.F. as he and other officers tried to re-establish the line on the West Front. Multiple MPD officers attempted to assist Officer E.F., including MPD Officer E.M. Bonawitz, who was positioned behind Officer E.M., shoved her, causing her to stumble forward. When Officer E.M. tried to turn to face Bonawitz, he wrapped his arms around her from behind, inserted his forearm under her face shield, and then pulled upwards on her neck with his forearm, briefly lifting her off the ground. Officer EM was able to struggle free of Bonawitz's grip and push herself away from him.



Assault #2: MPD Officer 2478

As Bonawitz was committing Assault #1, another MPD officer, who is identifiable only by the number 2478 on his riot helmet (hereinafter, "MPD Officer 2478"), moved to get past Bonawitz to assist Officer E.F. in his altercation with the rioters. As soon as Officer E.M. struggled free of Bonawitz's grip, Bonawitz swung his left arm and knocked MPD Officer 2478 near his face and neck area, causing him to stumble and fall to the ground.



Assault #3: MPD Officer P.N. and an Unidentified MPD Officer

As Bonawitz was engaging in Assault #2, MPD Officer P.N. and an unidentified MPD officer intervened to assist Officers E.F., E.M., and other officers attempting to re-establish the line. After striking MPD Officer 2478, Bonawitz turned in the direction of Officer P.N. and the unidentified MPD officer. Bonawitz then pulled his head back, as though preparing to headbutt the unidentified MPD officer. Bonawitz also took his right elbow and thrust it into the unidentified MPD officer's abdominal area. Based upon the body worn camera footage of multiple MPD officers at the scene, Bonawitz's head did not make contact with the unidentified officer due Officer P.N.'s shoving Bonawitz away from the unidentified MPD officer.



As Bonawitz elbowed the unidentified MPD officer, Bonawitz took his left hand, in which he was holding his red hat, and jammed it into the right side of Officer P.N.'s neck and ear area behind his face shield.



Once Officer P.N. shoved Bonawitz to prevent him from connecting his headbutt with the unidentified MPD officer, Bonawitz turned his body in the direction of Officer P.N., locked his hands on to Officer P.N.'s shoulders and began pushing and shoving Officer P.N. for approximately five seconds. Bonawitz then released his grip on Officer P.N. but continued flailing his arms and grabbing at the multiple officers around him. Bonawitz, reaching over his right shoulder, grabbed a yellow Gadsden flag on a short flagpole from the hands of a fellow rioter and swung the flag over his right shoulder, in an apparent attempt to strike Officer P.N. on the left side of his ribcage. Bonawitz did not make contact with Officer P.N.'s ribcage because the original holder of the Gadsden flag maintained his grip on it, thereby impeding Bonawitz's swing.



Bonawitz's assaultive conduct ended after MPD officers pushed him back into the crowd for a second time and deployed chemical agent to his face.

### Identification

On March 3, 2022, in response to a tip made to the FBI that Bonawitz was present at the Capitol on January 6, 2021, I personally interviewed Bonawitz at his home in Pompano Beach, Florida. During that interview, Bonawitz stated that he did travel to Washington, D.C., on that day for a one-day trip. Bonawitz further claimed that he never entered the Capitol or any restricted grounds. Bonawitz did state that he was "tear-gassed and pepper-sprayed" while participating in the protests and further stated that he got into a physical altercation with "two young people" at the bus departure area at approximately 3:00pm on January 6, 2021. He denied having any physical confrontations with law enforcement.

On April 18, 2022, the FBI received information from a confidential human source working with open-source materials and social media that identified Bonawitz as the person who engaged in the above-described assaults against USCP Officer Z.Y. and Sergeant F.R. on January 6, 2021. This identification was made based upon Bonawitz's clothing that day, his distinctive marlin tattoo on his left chest, another distinctive tattoo on his left arm, Bonawitz's own social media, and his appearance on a Proud Boys meet-up poster that was circulated around South Florida in May 2022. I have also observed a Facebook video from on or about January 9, 2021, in which Bonawitz,

during a confrontation with a person in Florida about the events at the Capitol on January 6, 2021, lifts up his shirt to show purported bruises and states, "Look, dude, I was there alright. This is compliments of the DC police."

Based upon my in-person interview with Bonawitz on March 4, 2022, my review of MPD body worn cameras, and social media postings, the person engaging in the above-described assaults is Kenneth Bonawitz.

## Offenses

Based on the foregoing, I submit that there is probable cause to believe that Bonawitz violated 18 U.S.C. § 111(a) and (b), which (a) makes it a crime to forcibly assault or interfere with any person designated in section 1114 of this title 18 while engaged in or on account of the performance of official duties and involved physical contact; and (b) which makes it crime to cause an injury in the course of violating subsection (a)  Persons designated within section 1114 include any person assisting an officer or employee of the United States in the performance of their official duties.

I submit that there is probable cause to believe that Bonawitz violated 18 U.S.C. § 1752(a)(1) and (b)(1)(A), (2) and (b)(1)(A), (4) and (b)(1)(A) which makes it a crime to (1) knowingly enter or remain in any restricted building or grounds without lawful authority to do so; (2) knowingly, and with intent to impede or disrupt the orderly conduct of Government business or official functions, engage in disorderly or disruptive conduct in, or within such proximity to, any restricted building or grounds when, or so that, such conduct, in fact, impedes or disrupts the orderly conduct of Government business or official functions; or attempts or conspires to do so; and (4) knowingly engages in any act of physical violence against any person or property in any restricted building or grounds; or attempts or conspires to do so. I submit that Bonawitz was armed with a deadly weapon a dangerous weapon in the course of violating all of the above subsections of 18 §§ U.S.C. 1752(a). For purposes of Section 1752 of Title 18, a "restricted building" includes a posted, cordoned off, or otherwise restricted area of a building or grounds where the President or other person protected by the Secret Service, including the Vice President, is or will be temporarily visiting; or any building or grounds so restricted in conjunction with an event designated as a special event of national significance.

I submit there is also probable cause to believe that Bonawitz violated 40 U.S.C. § 5104(e)(2)(D) and (F), which, respectively, makes it a crime to willfully and knowingly (D) utter loud, threatening, or abusive language, or engage in disorderly or disruptive conduct, at any place in the Grounds or in any of the Capitol Buildings with the intent to impede, disrupt, or disturb the orderly conduct of a session of Congress or either House of Congress, or the orderly conduct in that building of a hearing before, or any deliberations of, a committee of Congress or either House of Congress; and (F), which makes it a crime to willfully and knowingly engages in an act of physical violence on the Grounds or any of the Capitol Buildings.

Finally, I submit there is probable cause to believe that Bonawitz violated 18 U.S.C. 231(a)(3), which makes it unlawful to commit or attempt to commit any act to obstruct, impede, or interfere with any fireman or law enforcement officer lawfully engaged in the lawful

performance of his official duties incident to and during the commission of a civil disorder which in any way or degree obstructs, delays, or adversely affects commerce or the movement of any article or commodity in commerce or the conduct or performance of any federally protected function. For purposes of Section 231 of Title 18, a federally protected function means any function, operation, or action carried out, under the laws of the United States, by any department, agency, or instrumentality of the United States or by an officer or employee thereof. This includes the Joint Session of Congress where the Senate and House count Electoral College votes.

Special Agent
Federal Bureau of Investigation

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 19th day of January, 2023.

Zia M. Faruqui
2023.01.19 14:28:00
-05'00'

JUDGE ZIA M. FARUQUI
U.S. MAGISTRATE JUDGE

# COURT MINUTES/ORDER

## United States Magistrate Judge Alicia O. Valle

| Courtroom 310 | Date: 1/27/2023 Time: 11:00 a.m. |
|---|---|

**Defendant:** Kenneth Bonawitz(J) **J#:** **Case #:** 23-MJ-6033-AOV

**AUSA:** Donald Chase **Attorney:** Tim Day, AFPD

**Violation:** Disorderly Conduct in a Capitol Grounds; Civil Disorder

**Proceeding:** Initial Appearance-Rule 40/5 Removal **CJA Appt:**

**Bond/PTD Held:** ☐ Yes ☐ No **Recommended Bond:** Detention

**Bond Set at:** **Co-signed by:**

☐ Surrender and/or do not obtain passports/travel docs

**Language:** English

☐ Report to PTS as directed/or _____ x's a week/month by phone: ___ x's a week/month in person

☐ Random urine testing by Pretrial Services _____
Treatment as deemed necessary

☐ Refrain from excessive use of alcohol

☐ Participate in mental health assessment & treatment

☐ Maintain or seek full-time employment/education

☐ No contact with victims/witnesses

☐ No firearms

☐ Not to encumber property

☐ May not visit transportation establishments

☐ Home Confinement/Electronic Monitoring and/or Curfew ___ _____ am, paid by _____

☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment

☐ Travel extended to:

☐ Other:

**Disposition:**

Defendant present.
Advised of Rights and charges.
Defendant sworn and testified
Re Indigency. AFPD appointed
for purposes of removal.
Defendant waives
identity hearing and request
to have detention hearing
in this district.

| NEXT COURT APPEARANCE | Date: | Time: | Judge: | Place: |
|---|---|---|---|---|

**Report RE Counsel:**

**PTD/Bond Hearing:** 2-3-2023 @ 10am FTL Duty

**Prelim/Arraign or Removal:** 2-3-2023 @ 10am FTL Duty

**Status Conference RE:**

**D.A.R.** 11:05:08 (Rights); 11:10:12 **Time in Court:** 20 mins.

5

**CHECK IF APPLICABLE:** _____ For the reasons stated by counsel for the Defendant and finding that the ends of justice served by granting the ore tenus motion for continuance to hire counsel outweigh the best interests of the public & the Defendant in a Speedy Trial, the Court finds that the period of time from today, through and including _____, shall be deemed excludable in accordance with the provisions of the Speedy Trial Act, l8 USC 3161 et seq..

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
Case No: 23-MJ-6033-AOV

United States of America
     Plaintiff,

    v.

Kenneth Bonawitz              Charging District's Case No.
     Defendant,

_____/

## WAIVER OF RULE 5 & 5.1 REMOVAL/IDENTITY HEARINGS

I understand that I have been charged in another district, the District of Columbia.

I have been informed of the charges and of my rights to:

(1)     retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2)     an identity hearing to determine whether I am the person named in the charges;

(3)     production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4)     a preliminary hearing within 14 days of my first appearance if I am in custody and 21 days otherwise — unless I am indicted — to determine whether there is probable cause to believe that an offense has been committed;

(5)     a hearing on any motion by the government for detention;

(6)     request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my rights to: **(check those that apply)**

☑ An identity hearing and production of the warrant.

☐ A preliminary hearing.

☐ A detention hearing in the Southern District of Florida.

☐ An identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled to in this district. I request that those hearings be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

_____
Defendant's Signature

Date: 1/27/2023

_____
Alicia O. Valle
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.23-06033-VALLE

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

KENNETH BONAWITZ,

    Defendant.

_____/

## NOTICE OF ASSIGNMENT

The above captioned case has been assigned to the Assistant Federal Public Defender specified below.   Please send all notices and inquiries to this attorney at the address listed.

                    Respectfully submitted,

                    MICHAEL CARUSO
                    FEDERAL PUBLIC DEFENDER

By:    ***s/ Timothy Day***
        Assistant Federal Public Defender
        Florida Bar No. 360325
        One East Broward Boulevard, Suite 1100
        Fort Lauderdale, Florida 33301
        Tel: 954-356-7436
        E-Mail: Timothy_Day@fd.org

## CERTIFICATE OF SERVICE

I HEREBY certify that on **January 27, 2023**, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: s/ ***Timothy Day***, **AFPD**
       Timothy Day

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-06033-VALLE

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

KENNETH BONAWITZ,

      Defendant.

_____/

**DEFENDANT'S INVOCATION OF RIGHT TO SILENCE AND COUNSEL**

      The defendant named above does hereby invoke his rights to remain silent and to counsel with respect to any and all questioning or interrogation, regardless of the subject matter, including, but not limited to: matters that may bear on or relate to arrest, searches and seizures, bail, pretrial release or detention, evidence at trial, guilt or innocence, forfeitures; or that may be relevant to sentencing, enhanced punishments, factors applicable under the U.S. Sentencing Guidelines, restitution, immigration status or consequences resulting from arrest or conviction; appeals or other post-trial proceedings.

      The defendant requests that the U.S. Attorney ensure that this invocation of rights is honored, by forwarding a copy of it to all law enforcement agents, government officials, or employees associated with the investigation of any matters

1

relating to the defendant. Any contact with the defendant must be made through the defendant's lawyer, undersigned counsel.

Respectfully submitted,

MICHAEL CARUSO
FEDERAL PUBLIC DEFENDER

By:    s/ *Timothy Day*
       Assistant Federal Public Defender
       Florida Bar No. 360325
       One East Broward Boulevard, Suite 1100
       Fort Lauderdale, Florida 33301
       Tel: 954-356-7436,
       E-Mail: Timothy_Day@fd.org

2

## CERTIFICATE OF SERVICE

I HEREBY certify that on **January 27, 2023,** I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: ___s/ ***Timothy Day,*** AFPD_____
              Timothy Day

3

| | UNITED STATES OF AMERICA'S EXHIBIT LIST | | | | |
|---|---|---|---|---|---|
| **UNITED STATES vs. KENNETH J. BONAWITZ**<br>**CASE NO. 23-mj-06033-AOV** | | | **AUSA DONALD F. CHASE, II**<br>**AFPD TIMOTHY DAY** | | |
| **EXHIBIT** | **DESCRIPTION** | **WITNESSES** | **IDENTIFIED** | **ADMITTED** | |
| 1 | Photograph taken of the Facebook Profile Page of Kenneth J. Bonawitz, a/k/a "#MAGAMarlin" | | | | |
| 2 | January 5, 2021 posting of Facebook account bearing name Kenneth J. Bonawitz: "On our way to DC…FIGHT FOR TRUMP[.]" | | | | |
| 3 | Photograph of Defendant Kenneth Bonawitz taken on January 6, 2021 before the riot at the US Capitol started | | | | |
| 4 | January 6, 2021 14:30:38 to 14:30:47 hours body camera video recording of Defendant Kenneth Bonawitz running, jumping, and colliding into the neck and shoulder areas of two law enforcement officers at the grounds of the US Capitol. | | | | |
| 4A-4D | Photographs of Defendant Kenneth Bonawitz running, jumping, and colliding into the neck and shoulder areas of two law enforcement officers at the grounds of the US Capitol on January 6, 2021. | | | | |
| 5 | January 6, 2021 14:30:50 to 14:31:00 body camera video recording of Defendant Kenneth Bonawitz being disarmed of an 8-inch knife from a sheath on his pants belt after running, jumping, and colliding into the neck and shoulder areas of two law enforcement officers at the grounds of the US Capitol at approximately 14:30 hours. | | | | |
| 5A-5B | Photographs of 8-inch knife found and taken by law enforcement from the possession of Defendant Kenneth Bonawitz after running, jumping, and colliding into the neck and shoulder areas of two law enforcement officers at the grounds of the US Capitol on January 6, 2021. | | | | |

| UNITED STATES OF AMERICA'S EXHIBIT LIST | | | | | |
|---|---|---|---|---|---|
| **UNITED STATES vs. KENNETH J. BONAWITZ**<br>**CASE NO. 23-mj-06033-AOV** | | | AUSA DONALD F. CHASE, II<br>AFPD TIMOTHY DAY | | |
| **EXHIBIT** | **DESCRIPTION** | | **WITNESSES** | **IDENTIFIED** | **ADMITTED** |
| 6 | Appearance of the Defendant Kenneth Bonawitz when released after running, jumping, and colliding into the neck and shoulder areas of two law enforcement officers at the grounds of the US Capitol on January 6, 2021 | | | | |
| 7A-7C | January 6, 2021 photographs of the assault committed by the Defendant Kenneth Bonawitz of a female Metropolitan Police Officer at the ground of the US Capitol at approximately 14:31:55 hours. | | | | |
| 8A | January 6, 2021 photograph of the assault committed by the Defendant Kenneth Bonawitz of a male Metropolitan Police Officer at the grounds of the US Capitol by striking this Police Officer near the officer's helmet. | | | | |
| 8B | January 6, 2021 photograph of the assault committed by the Defendant Kenneth Bonawitz of a male Metropolitan Police Officer at the grounds of the US Capitol by striking this Police Officer in the abdomen at approximately 14:31:59 hours. | | | | |
| 9A-9C | January 6, 2021 photographs of the assault committed by the Defendant Kenneth Bonawitz of a male Metropolitan Police Officer at the grounds of the US Capitol by striking with his fist underneath the face shield of this officer's helmet and attempting to strike this Police Officer with a flag at approximately 14:32:05 hours. | | | | |
| 10 | January 6, 2021 14:30:50 to 14:31:00 body camera video recording of Defendant Kenneth Bonawitz assaulting multiple police officers on the grounds of the US Capitol. | | | | |
| 11 | Photograph taken of the Defendant Kenneth Bonawitz at the US Capitol grounds on January 6, 2021 after committing the offenses charged in the criminal complaint. | | | | |











GOVERNMENT
EXHIBIT

CASE
NO.

EXHIBIT
NO. 3

26



GOVERNMENT
EXHIBIT

CASE
NO.

EXHIBIT
NO. 4A

A0386-C



GOVERNMENT
EXHIBIT

CASE
NO.

EXHIBIT 4B
NO.

A0386-C

28



GOVERNMENT EXHIBIT

CASE NO.

EXHIBIT NO. 4C

A0386-C







GOVERNMENT
EXHIBIT

CASE
NO.

EXHIBIT
NO. 5A

A0386-C



GOVERNMENT
EXHIBIT

A0386-C

CASE
NO.

EXHIBIT
NO.





GOVERNMENT
EXHIBIT

AO386-C

CASE
NO.

EXHIBIT
NO. 17A





GOVERNMENT EXHIBIT

AO386-C

CASE NO.

EXHIBIT NO. 7C



GOVERNMENT
EXHIBIT

AO386-C

CASE
NO.

EXHIBIT
NO. 8A





GOVERNMENT
EXHIBIT

AD386-C

CASE
NO.

EXHIBIT
NO.    A



GOVERNMENT EXHIBIT

AO386-C

CASE NO.

EXHIBIT NO. 9B





UNITED STATES DISTRICT COURT FOR SOUTHERN DISTRICT OF FLORIDA **COURT ORDER/MINUTES**

U.S. MAGISTRATE JUDGE JARED M. STRAUSS- FORT LAUDERDALE, FLORIDA (203-D)

DEFT: KENNETH BONAWITZ (J)#41695-510        CASE NO: 23-6033-VALLE

AUSA: DON CHASE                              ATTY: TIM DAY

USPO:                                        VIOL:
                                             **18:U.S.C.§111**

PROCEEDING: PRETRIAL DETENTION AND          RECOMMENDED BOND:
            REMOVAL HEARINGS

BOND/PTD HEARING HELD - yes / no            COUNSEL APPOINTED:

BOND SET @: **NO BOND HEARING WAS HELD**     To be cosigned by:

❑    All standard conditions                 **DEFENDANT PRESENT IN COURT WITH COUNSEL**

❑    Do not encumber property.               **DEFENDANT DEFERRING HIS BOND/DETENTION**

❑    Surrender and / or do not obtain passports / travel   **HEARING UNTIL HIS RETURN TO THE DISTRICT OF**
     documents.

❑    Rpt to PTS as directed / or_ x's a week/month by phone; _   **COLUMBIA. NO BOND HEARING WAS HELD IN OUR**
     x's a week/month in person.

❑    Random urine testing by Pretrial Services.   **DISTRICT. WILL WAIVE REMOVAL. SIGNED WAIVER**
     Treatment as deemed necessary.

❑    Maintain or seek full - time employment.   **IN OPEN COURT.**

❑    No contact with victims / witnesses.    **COMMITMENT ORDER SIGNED FOR HIS RETURN**

❑    No firearms.                            **TO DISTRICT OF COLUMBIA, EXECUTED IN OPEN COURT**

❑    Electronic Monitoring:                  **COURT FINDS THERE IS GOOD CAUSE**

❑    Travel extended to:

❑    Other:

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| REPORT RE COUNSEL: | | | | |
| **PTD**/BOND HEARING: | | | | |
| **ARRAIGN/PRELIM**: | | | | |
| **STATUS RE INDIGENCY**: | | | | |

02/03/23  TIME: 11:00 AM  FTL/TAPE/# JMS-        Begin  **DAR:**

[10 MINUTES] *** RECORDED IN ROOM 203-D COURTROOM**
***THE TIME FROM TODAY THROUGH THE RE-SCHEDULED DATE IS EXCLUDED FROM THE DEADLINE FOR TRIAL AS COMPUTED UNDER THE SPEEDY TRIAL ACT *** (YES OR NO) DAR: 10:53:49-10:59:03

# UNITED STATES DISTRICT COURT
## FOR THE

### SOUTHERN DISTRICT OF FLORIDA

Our Case No: **23-6033-VALLE**
Your Case No: **NOT PROVIDED**

**United States of America**

vs

### WAIVER OF REMOVAL HEARING

**KENNETH BONAWITZ**

**I** , **Kenneth Bonawitz** charged in a proceeding on a **Criminal Complaint filed in the District of Columbia Charged With 18:U.S.C.§111 (a)(1), 231(a)(3), 111(a)(1)and(b), 1752(A)(1) And (b)(1)(A) Assaulting, Resisting, Or Impeding Certain Officers, Civil Disorder, Inflicting Bodily Injury On Certain Officers, Entering and Remaining In A Restricted Building Or Grounds With A Deadly Weapon Or Dangerous Instrument and** having been arrested in the **Southern District of Florida (Fort Lauderdale)** and taken before **United States Magistrate Jared M. Strauss,** for that district, who informed me of the charge and of my right to retain counsel or request the assignment of counsel if I am unable to retain counsel, and to have a removal hearing or execute a waiver thereof, do hereby waive a hearing before the aforementioned Magistrate Judge and consent to the issuance of a Warrant for my Removal to the **Southern District of Columbia** where the aforesaid charge is pending against me.

Thursday February 3rd, 2023

_____
Signature of defendant

_____
**Jared M. Strauss**
**United States Magistrate Judge (02/03/2023)**

cc: All Counsel

AO 94 (Rev. 8/97) Commitment to Another District

# UNITED STATES DISTRICT COURT

| SOUTHERN | District of | FLORIDA |
|---|---|---|

| UNITED STATES OF AMERICA<br>vs.<br>KENNETH BONAWITZ | COMMITMENT TO ANOTHER DISTRICT |
|---|---|
| | 23-6033-VALLE |

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| DISTRICT OF COLUMBIA | NOT PROVIDED | SOUTHERN DISTRICT OF FLORIDA | 23-6033-VALLE |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**

Indictment ☐ Information ☐ Complaint X☐ PETITION

charging a violation of 18     U.S.C. § 111, 231, 1752

**DISTRICT OF OFFENSE:**

DISTRICT OF COLUMBIA

ASSAULTING, RESISTING, OR IMPEDING CERTAIN OFFICERS, CIVIL DISORDER, INFLICTING BODILY INJURY ON CERTAIN OFFICERS, ENTEREING AND REMAINING IN A RESTRICTED BUILDING OR GROUND WITH A DEADLY WEAPON OR DANGEROUS INSTRUMENT

**CURRENT BOND STATUS:**

☐ Bail fixed at          and conditions were not met

☐ Government moved for detention and defendant detained after hearing in District of Arrest

☑ Government moved for detention and defendant detained pending detention hearing in District of Offense

☐ Other (specify)

**Representation:** ☐ Retained Own Counsel    (Federal Defender Organization)    ☐ CJA Attorney    ☐ None

**Interpreter Required?** ☐ No     Yes    Language: ENGLISH

SOUTHERN DISTRICT OF FLORIDA

TO: THE UNITED STATES MARSHAL

    You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

FEBRUARY 3, 2023                                

Date                               United States Judge or Magistrate Judge

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |
| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |